CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Alex Ford**<br>YOB: 1963; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>13 - 0 2 3 8 3 M~ |

Complaint for violation of Title  21  United States Code §   841(a)(1) & 841(b)(1)(A)(viii)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about December 12, 2012, at or near Tucson, in the District of Arizona, ALEX FORD, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 501.9 grams of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On December 12, 2012, at the St. Paul's United Methodist Church parking lot, located at 8051 E. Broadway Boulevard, in Tucson, in the District of Arizona, a DEA special agent, acting in an undercover capacity, met with ALEX FORD and another male to purchase a pound of methamphetamine from the two males.  The undercover agent (UC) handed over $12,000 in official advanced funds to FORD, who then handed the money to the other male.  FORD then handed the UC a plastic bag which contained another zip lock bag that contained crystal methamphetamine.  The crystal methamphetamine was later weighed and found to be 501.9 grams.  After the UC received the crystal methamphetamine, the UC and FORD discussed potential future methamphetamine purchases/sales.  FORD and the other male then departed the parking lot.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED AUSA Serra M. Tsethlikai | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>SA Dustin M. Baber |
|---|---|

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 23, 2013 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54